No. 84–1025. GREENFIELD *v.* HEUBLEIN, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–1026. SCHMIDT *v.* CITY OF FAYETTEVILLE. C. A. 4th Cir. Certiorari denied.

No. 84–1029. INOSENCIO ET AL. *v.* JOHNSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–1030. SCHEPP *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–1034. FINCH ET AL. *v.* HUGHES AIRCRAFT CO. Ct. Sp. App. Md. Certiorari denied.

No. 84–1035. MICHELIN TIRE CORP. *v.* ITCO CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–1037. HENDERSON *v.* SPERDUTO, SPECTOR & VANACORE (FORMERLY SPERDUTO, PRISKIE, SPECTOR & VANACORE). App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 84–1042. SAFIR *v.* LYKES BROTHERS STEAMSHIP CO., INC. C. A. D. C. Cir. Certiorari denied.

No. 84–1043. SHIMMAN *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18. C. A. 6th Cir. Certiorari denied.

No. 84–1045. MINNESOTA ASSOCIATION OF HEALTH CARE FACILITIES, INC., ET AL. *v.* MINNESOTA DEPARTMENT OF PUBLIC WELFARE ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–1046. PARK *v.* METRO-GOLDWYN-MAYER/UNITED ARTISTS CORP. C. A. 9th Cir. Certiorari denied.

No. 84–1048. CASHIN *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.